**FILED**

IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ AUG 2 5 2005 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

PAUL J. CASSANO,

                Plaintiff,

   -against-

LINDA C. SHIRO ET AL.,

                Defendants.

-------------------------------------------------------------------- X

05 CV 2899 (ARR)(LB)

NOT FOR
PUBLICATION

ORDER

ROSS, United States District Judge:

     By Order dated June 16, 2005, the court denied plaintiff's motion to proceed in forma pauperis and ordered him to submit the required filing fees if he wished to proceed with this action. Because plaintiff failed to file the necessary fees, the action is hereby dismissed without prejudice.

     SO ORDERED.

                                  _____

                                  Allyne R. Ross
                                  United States District Judge

Dated: August 24, 2005
       Brooklyn, New York

SERVICE LIST:

Pro Se Plaintiff:
Paul J. Cassano
40 Balsam Place
Staten Island, NY 10309

Defendants:
Linda C. Shiro
408 Winant Ave.
Staten Island, New York 10309

Linda A. Schiro
408 Winant Ave.
Staten Island, New York 10309

123rd Precinct
Staten Island, New York 10309
c/o 1 Police Plaza 12th Floor, Room 1206
New York, New York

Police Officer Kundari
Police Officer Annis
Detective Scotto
123rd Precinct, Staten Island, New York 10309
c/o 1 Police Plaza, 12th Floor, Room 1206
New York, New York

Police Officer Mary Amalfitano
416 Winant Avenue
Staten Island, New York 10309

Detective Thomas Dades
c/o 1 Police Plaza, 12th Floor, Room 1206
New York, New York

Diedre Bialo-Padin
350 Jay Street
Brooklyn, New York 11201

cc:  Magistrate Judge Bloom